JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MAGNACARE, LLC, <br><br> Defendant. | Case No.: EDCV 16-1153 DSF (SPx) <br><br> JUDGMENT |

The Court, having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice to filing in an appropriate court, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: October 31, 2016

_____
Dale S. Fischer
United States District Judge